UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RONALD F. HENDERSHOT <br>     Plaintiff, <br> vs. <br> UNITED STATES OF AMERICA <br>     Defendant. | ) <br> ) <br> )  Case No.: <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT FOR DAMAGES**

Plaintiff, Ronald F. Hendershot, by counsel, Donald W. Wruck of **Wruck Paupore PC**, for his Complaint against the Defendant, United States of America, alleges as follows:

**I. JURISDICTION AND VENUE**

1. This is an action for personal injuries and property damage brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680.

2. On or about July 25, 2025, Plaintiff timely exhausted his administrative remedies by filing a Standard Form 95 with the United States Postal Service (USPS) National Tort Center.

3. The USPS has failed to make a final disposition of the claim within six months of filing; therefore, Plaintiff treats such failure as a final denial pursuant to 28 U.S.C. § 2675(a).

4. Venue is proper in the Northern District of Indiana pursuant to 28 U.S.C. § 1402(b) as the Plaintiff resides within this judicial district.

**II. PARTIES**

5. Plaintiff, Ronald F. Hendershot, is an individual residing at 114 N. Pike Street, Vernon, IN 47282.

6. Defendant is the United States of America. At all times relevant, Gena L. Shelton was an employee or agent of the USPS acting within the scope of her employment.

### III. STATEMENT OF FACTS

7. On August 7, 2023, at approximately 5:30 P.M., Plaintiff was operating a 2007 Chrysler Town and Country northbound on State Road 7 near the intersection of 250 S in Jennings County, Indiana.

8. At the same time and location, Gena L. Shelton was operating a 2010 Honda CR-V southbound on State Road 7.

9. The weather was raining and the roadway was wet.

10. Shelton failed to maintain her lane, hydroplaned, and crossed the centerline, striking Plaintiff's vehicle head-on.

11. Law enforcement cited Shelton for Failure to Maintain Lane, failure to have insurance, and failure to wear a seatbelt.

12. At the time of the collision, Shelton was acting as an agent or employee of the USPS.

### IV. NEGLIGENCE

13. Defendant, through its employee/agent, breached its duty of care to the Plaintiff by:

    a. Failing to maintain control of the vehicle;

    b. Crossing the centerline into oncoming traffic; and

    c. Operating the vehicle at a speed too fast for the weather conditions.

14. As a direct and proximate result of this negligence, Plaintiff suffered severe and permanent injuries, including a complex fracture of the left wrist requiring surgery, cervical nerve damage, and internal injuries.

15. Plaintiff's vehicle was damaged beyond repair and totaled.

## V. DAMAGES

16. Plaintiff has incurred and will continue to incur expenses for medical treatment, surgery, and physical therapy.

17. Plaintiff has experienced significant physical pain, emotional distress, lost wages, and permanent functional impairment.

WHEREFORE, Plaintiff Ronald F. Hendershot respectfully requests judgment against the Defendant, United States of America, for compensatory damages in the amount of **$795,000.00**, the costs of this action, and all other just and proper relief

Respectfully submitted,

WRUCK PAUPORE PC

_____
Donald W. Wruck  (#21880-45)
Galleria Building II
275 U. S. Hwy. 30, Suite 250
Dyer, Indiana  46311
Tel: 219-322-1166
Fax: 1-866-891-1166
dwruck@wp-law.com

## CERTIFICATE OF SERVICE

I certify that on the March 10, 2026 service of a true and complete copy of the above and foregoing pleading or papers was made upon each party or attorney of record herein by electronic delivery.

BY: _____